UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEE MCCULLOUGH,

Plaintiff,

v.

SHOMIR BANERJEE,

Defendant.

Case No. 26-cv-01600-JD

**ORDER RE DISMISSAL**

Re: Dkt. No. 10

After plaintiff sent by USPS mail a complaint under 42 U.S.C. § 1983 and an application to proceed in forma pauperis ("IFP") from Correctional Training Facility, a prison which participates in prison email filing with this Court, the Clerk sent him a Notice to file his complaint and IFP application by prison email as required by General Order No. 76. Dkt. No. 1. Plaintiff did not comply, so the Court on two separate occasions ordered plaintiff to submit these filings by prison email, or the case would be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). Dkt. Nos. 6, 8. The deadline has passed, and plaintiff has not complied with these instructions or shown good cause for not doing so. This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(b). The incomplete motion to proceed IFP (Dkt. No. 10) is vacated. To continue with this case, plaintiff must submit his complaint and a complete IFP application by prison email.

**IT IS SO ORDERED.**

Dated: July 9, 2026

_____
JAMES DONATO
United States District Judge